8 F.3d 817
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Arnold Norman FANT, Plaintiff-Appellant,
v.
UNITED STATES Marshal Service; K. Michael Moore, Director;
John Doe; Joe Lazar; Wallace E. Cheney; Charles
A. Curran; United States of America,
Defendants-Appellees.
 No. 93-6670.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: September 27, 1993.
Decided: October 27, 1993.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.
 Arnold Norman Fant, Appellant Pro Se.
 Robert William Jaspen, Office of The United States Attorney, for Appellees.
 E.D.Va.
 DISMISSED
 Before RUSSELL and MURNAGHAN, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Arnold Norman Fant appeals the district court's order directing him to move to transfer his cause of action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED